# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 15, 2025

**Application GRANTED. The defendant's deadline to secure a second co-signer is extended until September 23, 2025.**

**The Clerk of Court is respectfully requested to terminate ECF 5.**

**Dated: September 16, 2025**
**New York, NY**

SO ORDERED

/s/ ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

**VIA EMAIL & ECF**
Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Kevin King**
      **25 MAG 2859 (UA)**

Dear Judge Tarnofsky:

    I write to respectfully request that the Court modify Mr. King's bail conditions to extend the deadline for obtaining co-signers to September 23, 2025. The government has no objection to this request.

    On September 9, 2025, Magistrate Judge Valerie Figueredo ordered Mr. King released on his own signature and additional bail conditions, including *inter alia* a $50,000 personal recognizance bond to be co-signed by two financially responsible people, one of whom had to be his grandmother or the mother of his child. Judge Figueredo set a deadline of September 16, 2025 for conditions to be met.

    Since his release, the defense has been diligently working to obtain co-signers. While we have secured the first co-signer (the mother of Mr. King's child), we request a one-week extension of the deadline, to September 23, 2025, to secure a second co-signer. As noted above, the government has no objection to this request.

Respectfully Submitted,

/s/
Hannah McCrea
Attorney for Kevin King

cc: AUSA Henry Ross